UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re

DAVID C. POOLE    Case No. 14-03410-MAM-7
LUCY W. POOLE

    Debtor(s).

## ORDER GRANTING MOTION TO APPROVE SALE OF ESTATE ASSETS AND COMPROMISE CONTROVERSY

This matter came on for hearing on the Motion of Lynn Harwell Andrews, the Trustee herein ("Trustee") to approve sale of estate assets and compromise controversy. Appearances are noted in the record. No objections were filed, and it appears to the Court that the motion should be granted.

Therefore, it is ORDERED that the Trustee's Motion to Approve Sale of Estate Assets and Compromise Controversy is GRANTED, and it is further

ORDERED that the Trustee is authorized to sell to the Debtors the estate's non-exempt interest in the following described assets:

- 13" Saddle, 13.5" Saddle, 14" Saddle, 15" Saddle valued at $250.00, exempted for $1.00
- 2006 Chevrolet 2500 valued at $9,000.00, exempted for $10.00
- 2007 GMC Yukon valued at $10,500.00 secured to Members First Credit Union
- Two VCR's valued at $50.00, exempted for $1.00
- Four Horses valued at $1,000.00, exempted for $1.00
- 2000 Exis Horse Trailer valued at $2,500.00, exempted for $1.00

for the sum of $15,236.00, together with interest at 8% per annum, for a total of $15,904.26 to retain and purchase from the bankruptcy estate the estate's non-exempt interest in the above listed assets.

    It is further ORDERED that the sale is subject to the following terms and conditions:
    a.    Debtors are to make monthly installments in the amount of $1,325.36 per month for eleven months, beginning January 15, 2015, and a final payment of $1,325.30, with said payments to be mailed to Lynn Harwell Andrews, Trustee, P. O. Box 2094, Fairhope, Alabama 36533 and made payable to "Lynn H. Andrews, Trustee".
    b.    Debtors are to maintain comprehensive insurance coverage on the 2006 Chevrolet 2500 and 2007 GMC Yukon and provide proof of insurance to the Trustee.

  c. Trustee to take and record a judgment in the amount of $15,904.26 (FIFTEEN THOUSAND NINE HUNDRED FOUR AND 26/100 DOLLARS) against Debtors and shall have the right to execute and levy on the same upon default of Debtors.
  d. Debtors are to pay all bank fees that are incurred by the estate until the entire balance owed to the estate is paid in full.
  e. Trustee to send no more than three (3) fifteen (15) day default notices to Debtors through December 31, 2015. Debtors to pay a $50.00 fee for the preparation of each default letter.
  f. A late fee in the amount of $25.00 is to be paid to the Trustee if payment by Debtors is made subsequent to the last day of the month.

Dated: February 11, 2015

                /s/ Margaret A. Mahoney
                MARGARET A. MAHONEY
                U.S. BANKRUPTCY JUDGE